FILED
March 21, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001133191

EDC 2-630sA (v 10-07) (Continued)

| | |
|---|---|
| In re<br>Jeremy Christopher Dunn<br><br>Debtor(s). | Bankruptcy Case No.<br>08-90167 - D - 7 |
| Jeremy Christopher Dunn<br><br>Plaintiff(s),<br>v.<br>State Of California Franchise Tax Board<br><br>Defendant(s). | Adversary Proceeding No.<br>08-09020 - D |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on  3/21/08  by: ✱

_X_ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:
Attached

___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

___ RESIDENCE SERVICE: By leaving the process with the following adult at:

___ PUBLICATION: The defendant was served as follows [describe briefly]

___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 3/21/08     Signature: /s/ Ronald L. Holmes

Print Name: Ronald L. Holmes
Business Address: 102 Hidden Glen Drive, Ste 160
City, State, Zip: Auburn CA 95603

✱ also served was
1] Notice of Availability of Bankruptcy Dispute Resolution Program
2] Order to Confer on Initial Disclosures and Setting Deadlines

EDC.002-830sA    Summons and Notice of Status Conference in an Adversary Proceeding (v.10.07)    USBC.EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Modesto Division

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| In re<br><br>Jeremy Christopher Dunn<br><br>Debtor(s). | Bankruptcy Case No.<br><br>08-90167 - D - 7 |
|---|---|
| Jeremy Christopher Dunn<br><br>Plaintiff(s),<br><br>v.<br><br>State Of California Franchise Tax Board<br><br>Defendant(s). | Adversary Proceeding No.<br><br>08-09020 - D |

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint that is attached to this summons with the Clerk of the U.S. Bankruptcy Court, 1130 12th Street, Suite C, Modesto, California 95354 within 30 days after the date this summons is issued, except that the United States and its officers and agencies shall file a motion or answer within 35 days

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is

| Name and Address of Plaintiff's Attorney: | Ronald L. Holmes<br>102 Hidden Glen Dr #160<br>Auburn, CA 95603 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | May 22, 2008 at 11:00 A.M. |
|---|---|
| Address: | United States Bankruptcy Court<br>Department D<br>1130 12th Street, Suite C<br>Modesto, CA |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1-888-882-6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance:    3/20/08



s/ Richard G. Heltzel, Clerk

General Order 98-5 attached - [PLEASE DISREGARD IF NOT APPLICABLE]

MAILING LIST

Chief Counsel
Franchise Tax Board
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA  95741-1720